FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES ARCHER,<br><br>      Plaintiff,<br><br>v.<br><br>ASSOCIATED CREDIT SERVICE INC., a Washington corporation, DAVID SOLBERG and JANE DOE, and the marital community comprised thereof, and PAUL J WASSON AND JANE DOE WASSON and the marital community comprised thereof,<br><br>      Defendants. | No. 2:18-CV-00014-SMJ<br><br>**ORDER DISMISSING CASE** |

On April 3, 2018, the parties filed a stipulated dismissal, ECF No. 5. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

 **1.** The parties' Stipulated Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), **ECF No. 5**, is **GRANTED.**

 **2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

 **3.** All pending motions are **DENIED AS MOOT.**

ORDER - 1

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 3rd day of April 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge